States Oxygen Company, impleaded with others. M. E. Joffe, of New York City, for appellants. A. S. Bacon, of New York City, for respondent. No opinion. Order reversed, with $10 costs and disbursements, and the collection of the judgment enjoined, as stated in opinion. Opinion per curiam. Settle order on notice.

REID, Respondent, v. PLAUT, Appellant. (Supreme Court, Appellate Division, First Department. October 31, 1913.) Action by Bertha W. Reid against Albert Plaut. E. C. Sherwood, of New York City, for appellant. H. S. Dottenheim, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

REIGLE, Respondent, v. LEHIGH VALLEY R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 8, 1913.) Action by Foster L. Reigle against the Lehigh Valley Railroad Company. No opinion. Judgment and order affirmed, with costs.

REILLY, Respondent, v. EARLY, Appellant. (Supreme Court, Appellate Division, Second Department. July 25, 1913.) Action by Matthew Reilly against Alice Josephine Early.
PER CURIAM. Judgment and order reversed, and new trial granted, costs to abide the event, on authority of Hayes v. Brooklyn Heights Railroad Co., 200 N. Y. 183, 93 N. E. 469. Reargument denied. 143 N. Y. Supp. 1141.
JENKS, P. J., and STAPLETON, J., dissent.

REILLY, Respondent, v. EARLY, Appellant. (Supreme Court, Appellate Division, Second Department. October 24, 1913.) Action by Matthew Reilly against Alice Josephine Early. No opinion. Motion for reargument (of 143 N. Y. Supp. 1141) denied, with $10 costs.

REILLY, Appellant, v. FRIAS et al., Respondents. (Supreme Court, Appellate Division, First Department. October 17, 1913.) Action by Hugh J. Reilly against Jose A. Frias and others. W. T. Jerome, of New York City, for appellant. R. Stout, of New York City, for respondents. No opinion. Order reversed, with $10 costs and disbursements, and motion granted. Order filed.

REYNOLDS, Appellant, v. NEW YORK TRANSP. CO., Respondent. (Supreme Court, Appellate Division, First Department. October 31, 1913.) Action by Kate Reynolds against the New York Transportation Company. F. X. McDonough, of New York City, for appellant. F. H. Gerrodette, of Brooklyn, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

REYNOLDS, Respondent, v. PENNSYLVANIA R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 15, 1913.) Action by Elmer Reynolds, as administrator, etc., against the Pennsylvania Railroad Company. No opinion. Judgment and order affirmed, with costs.

RICH, Respondent, v. MEURER, Appellant. (Supreme Court, Appellate Division, Second Department. October 10, 1913.) Action by Max Rich against Jacob Meurer, etc.
PER CURIAM. Order affirmed, with $10 costs and disbursements.
RICH, J., not voting.

RICH, Respondent, v. THOMPSON, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 15, 1913.) Action by Paul J. Rich against Alvina M. Thompson. No opinion. Motion granted and appeal dismissed, with costs.

RICHARDSON, Respondent, v. LAWYERS' TITLE INS. & TRUST CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 31, 1913.) Action by John J. Richardson, as administrator, etc., against the Lawyers' Title Insurance & Trust Company. No opinion. Judgment and order unanimously affirmed, with costs.

ROHR v. LINCH. (Supreme Court, Appellate Division, First Department. October 24, 1913.) Action by William H. Rohr against George W. Linch. No opinion. Application denied, with $10 costs. Order signed. See, also, 78 Misc. Rep. 45, 137 N. Y. Supp. 752.

ROSENBLATT v. NEW YORK CENT. & H. R. R. CO. (Supreme Court, Appellate Division, First Department. October 31, 1913.) Action by William Rosenblatt against the New York Central & Hudson River Railroad Company. No opinion. Application denied, with $10 costs. Order signed.

ROSENFIELD et al., Appellants, v. JOSEPHSON, Respondent. (Supreme Court, Appellate Division, First Department. October 17, 1913.) Action by Harry Rosenfield and others against Charles Josephson. S. J. Loeb, of New York City, for appellants. I. J. Kresel, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

ROSENTHAL v. RUBIN. (Supreme Court, Appellate Division, First Department. November 14, 1913.) Action by Samuel B. Rosenthal against Edward Rubin. No opinion. Motion granted, with $10 costs. Order filed. See, also, 148 App. Div. 44, 132 N. Y. Supp. 1053.

ROWE, Respondent, v. CHARLES H. DITSON CO., Appellant. (Supreme Court, Appellate Division, Third Department. November 12, 1913.) Action by Mildred Rowe against the Charles H. Ditson Company. No opinion. Order (140 N. Y. Supp. 929) reversed, without costs, and motion granted, with costs to abide event of the action.